

# M E M O R A N D U M

### DISTRICT OF NEW JERSEY

**To:**    Honorable Dickinson R. Debevoise U.S. District Court Judge

**From:**  William Sobchik, USPSO

**Re:**    Elisel Trinidad 04-732 (DRD)

**Date:**  August 10, 2005

On May 24, 2004 the defendant appeared before the Honorable G. Donald Haneke for an initial appearance. At that time bail was set at $100,000 secured by $10,000 cash and 10 co-signers. Conditions of release : 1. House Arrest with Electronic monitoring, defendant can be employed. 2. Travel restricted to New York and New Jersey. 3. Drug testing and treatment.

The above named defendant has requested through counsel that the condition of house arrest with electronic monitoring be removed. The defendant has been supervised under this condition by Pretrial Services in the Southern District of New York, they report the defendant has been compliant and they do not object to this modification. Additionally both this Agency ad the U.S. Attorneys office have no objection to the removal of the monitoring.

Based on this it is respectfully requested that Your Honor modify the defendant's bond and remove the condition of house arrest with electronic monitoring.

\_\_\_\_X\_\_\_\_Request Granted                           _____Request Denied

                                                                   Honorable Dickinson R Debevoise
                                                                   U.S. District Court  Judge